UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLTON TURNER
(372940)

VERSUS

HOWARD PRINCE, WARDEN

CIVIL ACTION

NO. 11-50-BAJ-DLD

*CONSOLIDATED WITH*

CARLTON TURNER
(372940)

VERSUS

HOWARD PRINCE, WARDEN

CIVIL ACTION

NO. 11-267-BAJ-DLD

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the petition, the motion to amend the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 26, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that the motions to amend complaint (doc. 15, CA11-50 and doc. 9, CA11-267) are denied for reasons stated in the order by Magistrate Judge Docia Dalby dated September 19, 2011.

IT IS FURTHER ORDERED that plaintiff's action is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, September 30, 2011.

                                                BRIAN A. JACKSON, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT
                                                MIDDLE DISTRICT OF LOUISIANA